JASON K. SINGLETON, CSB#166170
SINGLETON LAW GROUP
611 "L" STREET, SUITE "A"
EUREKA, CA 95501
(707) 441-1177
FAX 441-1533

Attorneys for Plaintiff, MARCY VELASQUEZ

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br>    Plaintiff(s),<br>v.<br><br>RESHAM DASS, CHARANJIT DASS, et al.,<br>    Defendant(s). | CASE NUMBER<br><br>CV-12-4138 NJV<br><br>NOTICE OF DISMISSAL PURSUANT<br>RULE 41(a) OR (c) F.R.Civ.P.<br><br>& ORDER |

PLEASE TAKE NOTICE: (Check one)

- ■ This action is dismissed by the Plaintiff (s) in its entirety, with prejudice.
- ☐ The Counterclaim brought by Claimant (s) _____ is dismissed by Claimant (s) in its entirety.
- ☐ The Cross-Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.
- ☐ The Third-party Claim brought by Claimant (s) _____ is Dismissed by the Claimant (s) in its entirety.
- ☐ ONLY Defendant (s) _____ is (are) dismissed from
  (Circle one)    Complaint, Counterclaim, Cross-claim, Third Party Claim
  brought by _____ .

The dismissal is made pursuant to Rule 41 (a) or (c) of the Federal Rules of Civil Procedure.

DATED:      May 3, 2013                    /s/ Jason K. Singleton
                                           Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE
      PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

      F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD PARTY CLAIMS MAY BE DISMISSED
      BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

IT IS SO ORDERED.
MAY 3, 2013

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Signature: Judge Nandor J. Vadas]